UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNING INCORPORATED,<br><br>Petitioner,<br><br>v.<br><br>CAIHONG DISPLAY DEVICES CO., LTD., and XIANYANG CAIHOND OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Respondents. | Civil Action No. 25-mc-100 (RBW) |

## ORDER

Upon consideration of the Respondents' Motion Seeking the Issuance of a Letter Rogatory to AGC Inc., ECF No. 1, and the recommendation of Administrative Law Judge Bryan F. Moore, ECF No. 1-1, it is hereby

**ORDERED** that the Respondents' Motion Seeking the Issuance of a Letter Rogatory to AGC Inc., ECF No. 1, is **GRANTED**.

**SO ORDERED** this 25th day of June, 2025.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH ENTRY OF PROPOSED ORDER

***Attorneys for Complainant Corning Incorporated:***

Jeffrey H. Lerner
Sturgis M. Sobin
Maureen F. Browne
Megan P. Keane
Ranganath Sudarshan
Daniel W. Cho
Ashley Joyner Chavous
Jessica C. Hill
Tobias Y.H. Ma
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Brian G. Bieluch
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-4643

Email: Corning-Cov-1441@cov.com


John Thorne
Evan T. Leo
Gregory G. Rapawy
Joseph S. Hall
Thomas W. Traxler
Jacob E. Hartman
Matthew J. Wilkins
Hannah D.C. DePalo
Ashle J. Holman
Daren G. Zhang
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036

Email: CORNINGITC@lists.kellogghansen.com

Christine E. Lehman
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
1909 K Street, NW
Suite 800
Washington, D.C. 20036
Tel.: (202) 894-7310

Email: clehman@reichmanjorgensen.com


*<u>Attorneys for Respondents Caihong Display Devices Co., Ltd. and Xianyang CaiHong Optoelectronics Technology Co., Ltd.</u>*

Stephen R. Smith
Adam Pivovar
Samuel Whitt
Matthew Ritter
Rachel Preston
Cole Merritt
Haley Chow
**COOLEY LLP**
1299 Pennsylvania Ave., N.W., Suite 700
Washington, D.C. 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Adam Gershenson
**COOLEY LLP**
500 Boylston Street, 14th Floor
Boston, MA 02116

Matthew Brigham
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304

Email: Caihong_1441_ITC@cooley.com


Paul F. Brinkman, P.C.
Karthik Ravishankar
Eric G. Speckhard
Alexandra Obiol
**KIRKLAND & ELLIS LLP**

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389 5000
Facsimile: (202) 389 5200

Russell E. Levine, P.C.
Christian E. Huehns
Tiffany Hu
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654

Nichole DeJulio
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA 90071

David A. Levin
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Los Angeles, CA 90067

Fan Chen
Yi Zhang
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104

Tiffany M. Knapp
**KIRKLAND & ELLIS LLP**
200 Clarendon Street
Boston, MA 02116

Yun Zhang
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

Email: Caihong-1441-ITC@kirkland.com